## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:09-cv-80608-KLR

---

SHAWN KATHCART, on his own   :
Behalf and others similarly situated,   :
          :
   Plaintiff,       :
          :
  v.          :
          :
FIRST UNIVERSAL LENDING, LLC,   :
a Florida Limited Liability Company,   :
DAVID FEINGOLD, individually, SEAN   :
ZAUSNER, individually, jointly and severally,   :
          :
   Defendants.      :
_____/

---

### DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S JUNE 4, 2009 ORDER STRIKING REPLY FOR EXCEEDING PAGE LENGTH

    COMES NOW, Defendants, First Universal Lending, LLC, David Feingold, and Sean Zausner, by and through undersigned counsel and hereby files this Notice of Compliance with Court's June 4, 2009 Order Striking Reply to Response to Motion filed by First Universal Lending, LLC, Sean Zausner, and David Feingold for exceeding page limitations, and in support thereof sets forth the following:

### MEMORANDUM OF LAW

1. On June 4, 2009 the Court issued an Order Striking Defendants' Reply to Response to Motion (D.E. 18) for exceeding page limitations set forth by S.D. Fla. L.R. 7.1.C.2, and instructed undersigned to refile this document no later than June 8, 2009 (D.E. 19).

2. Pursuant to the aforementioned requirements of S.D. Fla. L.R. 7.1.C.2, the

Defendants hereby submit their Notice of Compliance with the Court's Order and attach hereto the revised Reply memorandum that is consistent with the page limitation standards as set forth by the Local Rules.

WHEREFORE, the Defendants, First Universal Lending, LLC, David Feingold, and Sean Zausner, respectfully request this Honorable Court to accept Defendants' Reply to Response to Motion, and for such further relief this Court deems equitable and proper.

Dated: <u>June 4, 2009</u>

Respectfully Submitted,

<u>   s/ David J. Feingold      </u>
David J. Feingold, Esquire
FBN: 0892823
Adam R. Schloss, Esquire
FBN: 0042161
Feingold & Kam
5100 PGA Boulevard
Second Floor
Palm Beach Gardens, FL 33418
Phone: (561) 630-6727
Fax: (561) 630-8936
Email: david@fkfirm.com

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via CM/ECF on this 4th day of June, 2009 to: RICHARD CELLER, ESQ., Morgan & Morgan, P.A., 6824 Griffin Road, Davie, FL 33314.

2

_ s/ David J. Feingold_____
David J. Feingold, Esquire
FBN: 0892823
Adam R. Schloss, Esquire
FBN: 0042161
Feingold & Kam
5100 PGA Boulevard
Second Floor
Palm Beach Gardens, FL 33418
Phone: (561) 630-6727
Fax: (561) 630-8936
Email: david@fkfirm.com