UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 09-80608-CIV-RYSKAMP/VITUNIC

SHAWN KATHCART, on his own
behalf and others similarly situated,

    Plaintiff,

v.

FIRST UNIVERSAL LENDING, LLC,
a Florida Limited Liability Company, DAVID
FEINGOLD, individually,  SEAN ZAUSNER,
individually, jointly and severally,
    Defendants.
_____/

**PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AND/OR TO STAY COURT'S ORDER**

Pursuant to the Federal and Local Rules of Civil Procedure, Plaintiff files this Response to Defendant's Motion for Enlargement of Time and/or to Stay Court's Order (Dkt. 20), and states as follows:

As a threshold matter, and as is becoming "par for the course" in this case, Defendants never conferred with Plaintiff's counsel prior to filing their Motion in violation of the Local Rules.  *See Karakis v. Gulfstream Park Racing Ass'n, Inc.,* 2008 WL 4938406 (S.D. Fla. Nov. 18, 2008)("Failure to comply with Local Rule 7.1(A)(3) is grounds for denying the deficient motion.").  Additionally, Defendants fail to provide a memorandum of law in support of their Motion to Stay as further evidence of their non-compliance with the procedures of this Court. *See* Local Rule 7.1.A.

Furthermore, as to the underlying reason for Defendants' Motion, Defendants have not established good cause sufficient to excuse them from this Court's deadlines.  Specifically,

Defendants neglect to address how they would be prejudiced by turning over the most basic of information regarding Plaintiff's claims for overtime compensation. Additionally, regardless of whether this matter proceeds in arbitration, or before this Court, Defendants will have to produce the information at issue either way; thus, Defendants simply and inexplicably are delaying the inevitable. And, in the event this Court denies Defendants' Motion to Dismiss, the parties will have lost the time at issue sitting idle, as opposed to meeting in good faith, reviewing the documents at issue, and attempting to structure a resolution of this matter. Thus, for the reasons articulated herein, Defendants' "scorched earth" litigation tactics are wasteful, and impede the parties' ability to meaningfully discuss the merits of this case. Whether it be in this Court or in arbitration, this matter will proceed. Thus, for the reasons articulated above, Plaintiff respectfully requests that this Court deny Defendants' Motion, and require Defendants to comply with this Court's FLSA Scheduling Order.

Respectfully submitted this 8th day of June 2009.

/s **RICHARD CELLER**
Richard Celler, Esquire
FL Bar No.: 0173370
MORGAN & MORGAN, P.A.
6824 Griffin Road
Davie, Florida 33314
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: RCeller@forthepeople.com
Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing all counsel of record.

**s/ RICHARD CELLER**
Richard Celler